**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UNITED STATES OF AMERICA,              :

                          :

               Government,     :     26 CR. 207 (RMB)

                          :

     - against -            :     **ORDER**

                          :

                          :

TOURAY ET AL.,               :

                          :

            Defendant.     :
------------------------------------------------------------x

       The initial conference scheduled for Tuesday, July 7, 2026 at 11:00 A.M. will take place in Courtroom 17B.

Dated: July 1, 2026
      New York, NY

                                _____
                                 RICHARD M. BERMAN
                                   U.S.D.J.