**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA, :
:
Government, : 26 CR. 207 (RMB)
:
- against - : **ORDER**
:
:
TOURAY ET AL., :
:
Defendant. :
---------------------------------------------------------------x

The status conference scheduled for Tuesday, November 17, 2026 at 11:00 A.M. will take place in Courtroom 17B.

Dated: November 12, 2026
New York, NY

RICHARD M. BERMAN
U.S.D.J.