**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA,

Government,

- against -

TOURAY ET AL.,

Defendant.

-------------------------------------------------------------x

26 CR. 207 (RMB)

**ORDER**

The status conference scheduled for Tuesday, December 1, 2026 at 11:00 A.M. will take place in Courtroom 17B.

Dated: November 23, 2026
New York, NY

RICHARD M. BERMAN
U.S.D.J.